UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 25-4236 (TSC) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant Beth Reese, sued in her individual capacity, through undersigned counsel, hereby stipulate to the dismissal of all claims against Defendant Beth Reese.  The parties agree that such dismissal is without prejudice.


Dated: April 15, 2026
Washington, D.C.

By: /s/ Deborah Golden
    DEBORAH GOLDEN
    700 Pennsylvania Ave., SE
    2nd Floor
    Washington, D.C. 20003
    dgolden@debgoldenlaw.com

*Attorneys for Plaintiffs*


Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  */s/ Saifuddin K. Kalolwala*
    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*